FILED

APR 0 8 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DONEQUA LAWSON and )
DORIAN REED, )
 )
    *Plaintiffs,* )
 )  No. 05C 2085
    -vs- )
 )  *(jury demand)*
CITY OF CHICAGO and )
CHICAGO POLICE OFFICER )  JUDGE COAR
COREY FLAGG, )
 )  MAGISTRATE JUDGE
    *Defendants.* )  GERALDINE SOAT BROWN

## COMPLAINT

Plaintiffs, by counsel, allege as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this court is conferred by 28 U.S.C. §1343.

2. Plaintiffs Donequa Lawson and Dorian Reed are residents of the Northern District of Illinois.

3. Defendant City of Chicago is an Illinois municipal corporation.

4. Defendant Corey Flagg was at all times relevant acting under color of his authority as a Chicago police officer.

5. On February of 2004, defendant Flagg and other Chicago police officers unlawfully entered plaintiffs' dwelling.

6. After entering the dwelling, the officers conducted an intrusive and disruptive search, ransacking the dwelling.

7. In the course of the above referred search, defendant Flagg and other Chicago police officers seized and converted to their personal use three hundred dollars in United States currency.

8. Defendant Flagg and other Chicago police officers fabricated evidence that they used to justify their arrest of defendant Dorian Reed.

9. As the result of the above described wrongdoing, plaintiff Dorian Reed remained in custody until March of 2005, when all charges against him were dismissed in a manner indicative of his innocence.

10. As the direct and proximate result of the above described acts, plaintiffs were deprived of rights secured by the Fourth and Fourteenth Amendment to the Constitution of the United States and plaintiff Dorian Reed was subjected to the Illinois tort of false imprisonment and malicious prosecution, for which the City of Chicago is liable under the doctrine of respondeat superior.

11. Plaintiffs hereby demand trial by jury.

Wherefore plaintiffs requests that judgment be entered in favor of Donequa Lawson in the amount of fifty thousand dollars and in favor of plaintiff Dorian Reed in the amount of one hundred and fifty thousand dollars, and that the Court grant whatsoever other relief as may be appropriate.

KENNETH N. FLAXMAN
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604