IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DONEQUA LAWSON AND DORIAN REED )
)
Plaintiffs, )
) NO. 05 C 2085
vs. )
)
CITY OF CHICAGO, et al., ) JUDGE COAR
)
Defendants. )

## RELEASE AND SETTLEMENT AGREEMENT

Plaintiffs, Donequa Lawson and Dorian Reed, by one of their attorneys, Kenneth Flaxman, and defendant, City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, herein stipulate and agree to the following:

1. This action has been brought by Plaintiffs, Donequa Lawson and Dorian Reed, against defendants, City of Chicago and Chicago Police Officer Corey Flagg, and makes certain allegations contained in plaintiffs' complaint.

2. Defendant denies each and every allegation of wrongdoing as stated in plaintiffs' complaint, and, further, deny liability.

3. The parties and their respective attorneys acknowledge that settlement of this claim is not an admission of liability, or of unconstitutional or illegal conduct by or on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees, and shall not serve as evidence or notice of any wrongdoing by or on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees. The parties and their respective attorneys further acknowledge that settlement is made to avoid the uncertainty of the outcome of litigation and the expense in time and money of further litigation and for the purpose of judicial economy. Plaintiffs and their attorneys agree that they or any firm with which said attorneys are affiliated or with which said attorneys may later become affiliated shall not use this settlement as notice of misconduct on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees,

or for any other purpose in any other litigation, and that any such use is inconsistent with the terms of this Release and Settlement Agreement.

4. In consideration of the hereinafter indicated settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiffs, Donequa Lawson and Dorian Reed, agree to dismiss with prejudice all of his claims against defendants, City of Chicago and Chicago Police Officer Corey Flagg, with each side bearing its own costs and attorneys' fees.

5. Plaintiff, Dorian Reed, accepts a settlement from defendant, City of Chicago, in the total amount of ELEVEN THOUSAND AND NO/100 ($11,000.00) DOLLARS, with each side bearing its own costs and attorneys' fees. Plaintiff, Donequa Lawson, accepts a settlement from defendant, City of Chicago, in the total amount of ONE THOUSAND FIVE HUNDRED AND NO/100 ($1,500.00) DOLLARS, with each side bearing its own costs and attorneys' fees.

6. The City of Chicago agrees to pay Plaintiffs the total settlement amount within sixty (60) days after receipt by the Corporation Counsel's Office of a file-stamped copy of the Agreed Order of Dismissal. This sum shall be payable solely by the City of Chicago, and Plaintiffs and/or their attorneys agree that they will not seek payment from any source other than the City of Chicago. The settlement check will be made payable to plaintiffs, their attorneys, and lien claimants, if any, of which the City has notice.

7. In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiffs agree to indemnify and hold harmless the City of Chicago, and its future, current, or former officers, agents and employees including, but not limited to, the individual defendant, Chicago Police Officer Corey Flagg, from any claims, losses, damages or expenses, including attorneys' fees and costs, incurred, or which may be incurred, by reason of any lien or any other claim or interest held by any person, entity or corporation against any moneys received or to be received by plaintiff under this settlement entered pursuant to this Release and Settlement Agreement.

8. Plaintiffs, upon advice of counsel, understand and agree that in consideration of the settlement entered pursuant to this Release and Settlement Agreement, plaintiffs do hereby

2

release and forever discharge on behalf of himself and herself and their heirs, executors, administrators and assigns, all claims he or she had or has against the individual defendant, Chicago Police Officer Corey Flagg, and the City of Chicago, and its future, current or former officers, agents and employees, including but not limited to all claims he or she had, has, or may have in the future, under local, state, or federal law, arising either directly or indirectly out of the incident which was the basis of this litigation, and that such release and discharge also is applicable to any and all unnamed and/or unserved defendants.

9. This Release and Settlement Agreement and any documents that may be executed under paragraph 12 herein contain the entire agreement between the parties with regard to the settlement of this action, and shall be binding upon and inure to the benefit of the parties hereto, jointly and severally, and the heirs, executors, administrators, personal representatives, successors, and assigns of each.

10. This Release and Settlement Agreement is entered into in the State of Illinois and shall be construed and interpreted in accordance with its laws. Terms contained herein shall not be construed against a party merely because that party is or was the principal drafter.

11. In entering into this Release and Settlement Agreement, plaintiff represents that he or she has relied upon the advice of their attorneys, who are the attorneys of their own choice, and that the terms of this Release and Settlement Agreement have been interpreted, completely read and explained to he by his attorneys, and that those terms are fully understood and voluntarily accepted by plaintiff. Plaintiffs also represent and warrant that no other person or entity has or has had any interest in the claims or causes of action referred to herein, that he and she and their attorneys have the sole right and exclusive authority to execute this Release and Settlement Agreement and receive the sums specified herein, and that they have not sold, assigned, transferred, conveyed, or otherwise disposed of any of the claims or causes of action referred to herein.

12. All parties agree to cooperate fully and to execute a Stipulation to Dismiss and any and all supplementary documents and to take all additional actions which are consistent with and which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Release and Settlement Agreement.

*signature*
Donequa Lawson, Plaintiff
Address: 5031 S Shields
Chicago, Ill 60609

Date of birth: 7-28-86

*SSN:*

*signature*
Dorian Reed, Plaintiff
Address: 5031 S Shields
Chicago, Ill 60609

Date of birth: 7-6-74

*SSN:*

*signature*
Kenneth Flaxman, Attorney for Plaintiff
200 South Michigan Ave. Suite 1240
Chicago, Illinois 60604
(312) 427-3200
Attorney No. 08830399

Date: 5-17-05

Mara S. Georges
Corporation counsel
Attorney for City of Chicago

BY: *signature*
Kimberly Grunewald
Assistant Corporation Counsel
30 North La Salle Street, Suite 900
Chicago, Illinois 60602
(312) 744-6951
Attorney No. 06273009

Date: 5/31/05

*Providing SSN is voluntary